IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BELL and KEITH COSTANZA, on behalf of themselves and similarly situated employees,<br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., RBS CITIZENS, N.A. (d/b/a Citizens Bank), and CITIZENS BANK OF PENNSYLVANIA (d/b/a Citizens Bank),<br>Defendants. | CIVIL ACTION<br><br>No. 10-cv-00320-GLL |

## ORDER

NOW, this 3rd day of Aug, 2010, upon consideration of Plaintiffs' Unopposed Motion to File Documents Under Seal, ("Motion") (Doc. 39) and all other papers and proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED**, and Exhibits L-P and S-T to "Plaintiffs Reply Brief in Further Support of Their Motion for Conditional Certification." (Doc. 40) shall be filed under seal pursuant to the Western District of Pennsylvania ECF Procedures No. 8.

BY THE COURT:

/s/ Gary L. Lancaster
Gary L. Lancaster, C.J.