IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BELL and KEITH COSTANZA, on behalf of themselves and similarly situated employees,<br>Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., RBS CITIZENS, N.A. (d/b/a Citizens Bank), and CITIZENS BANK OF PENNSYLVANIA (d/b/a Citizens Bank),<br>Defendants. | CIVIL ACTION<br><br>No. 10-cv-00320-GLL |

**ORDER**

AND NOW, this 14th day of Sept, 2010, upon consideration of the forms of notice and consent submitted to the Court by the parties, see Doc. 57, it is hereby

**ORDERED** that the attached Consent Form and Notice Form are **APPROVED** for distribution. The Consent Form and Notice Form shall be distributed to members of the conditionally certified Fair Labor Standards Act class as defined in the Court's September 2, 2010 Order (Doc. 55).

BY THE COURT:

_____, C.J.