IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BELL, on behalf of himself and similarly situated employees,<br><br>    Plaintiff,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., RBS CITIZENS, N.A. (d/b/a Citizens Bank), and CITIZENS BANK OF PENNSYLVANIA (d/b/a Citizens Bank),<br><br>    Defendants. | CIVIL ACTION<br><br>NO. 10-cv-0320-GLL |

## ORDER

ANow this 13th day of MARCH, 2012, upon consideration of Plaintiffs' Unopposed Motion to File Documents Under Seal (Doc. 126), it is hereby **ORDERED** that the Motion is **GRANTED**, and certain Exhibits C, E, and G to "Memorandum in Opposition to Defendants' Motion for Decertification of the Collective Class" shall be filed under seal pursuant to the Western District of Pennsylvania ECF Procedures No. 8.

BY THE COURT:

_/s/ Gary L. Lancaster_
Hon. Gary L. Lancaster, C.J.