**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUSTIN BELL, et al., | : | Civil Action No. 10-cv-00320-GLL |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITIZENS FINANCIAL GROUP, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**VERDICT FORM**

1.      Have the ABMs met their burden of proving by a preponderance of the evidence

that there were occasions on which each of them worked over 40 hours in a workweek?

Yes _____                         No _____

**IF YOU ANSWERED "NO" TO QUESTION 1, <u>STOP</u>.  YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON SHOULD SIGN THE FORM BELOW AND NOTIFY THE COURT OFFICER.**

**IF YOU ANSWERED "YES" TO QUESTION 1, PROCEED TO QUESTION 2.**

      2.      Has Citizens met its burden of proving by a preponderance of the evidence that ABMs are managers and therefore are exempt from the federal overtime law under the Executive Exemption?

                  Yes _____                          No _____

**IF YOU ANSWERED "YES" TO QUESTION 2, <u>STOP</u>.  YOUR DELIBERATIONS ARE COMPLETE.  THE FOREPERSON SHOULD SIGN THE FORM BELOW AND NOTIFY THE COURT OFFICER.**

**IF YOU ANSWERED "NO" TO QUESTION 2, PROCEED TO QUESTION 3.**

3.      Has Citizens met its burden of proving by a preponderance of the evidence that ABMs are managers and therefore are exempt from the federal overtime law under the Administrative Exemption?

Yes _____                          No _____

**IF YOU ANSWERED "YES" TO QUESTION 3, <u>STOP</u>.   YOUR DELIBERATIONS ARE COMPLETE.   THE FOREPERSON SHOULD SIGN THE FORM BELOW AND NOTIFY THE COURT OFFICER.**

**IF YOU ANSWERED "NO" TO QUESTION 3, PROCEED TO QUESTION 4.**

4.      Did Citizens know that its treatment of ABMs as exempt was a violation of law,

or act with reckless disregard of whether its treatment of ABMs violated the law?

Yes _____                          No _____

**YOUR DELIBERATIONS ARE COMPLETE.   THE FOREPERSON SHOULD SIGN THE FORM BELOW AND NOTIFY THE COURT OFFICER.**

Dated: _____                    _____
                                                  Foreperson

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
RBS CITIZENS, N.A.
CITIZENS BANK OF PENNSYLVANIA

By their attorneys,

PROSKAUER ROSE LLP


___/s/Mark W. Batten_____
Elise M. Bloom*
Brian J. Gershengorn*
Proskauer
Eleven Times Square
New York, NY 10036
Tel:  212.969.3000; Fax:  212.969.2900
ebloom@proskauer.com
bgershengorn@proskauer.com


Mark W. Batten*
Alison Langlais*
Proskauer
One International Place
Boston, MA  02110
Tel: (617) 526-9600; Fax: (617) 526-9899
mbatten@proskauer.com
alanglais@proskauer.com


*Admitted pro hac vice

Dated:  April 16, 2013


## CERTIFICATE OF SERVICE


I hereby certify that on April 16, 2013, a true copy of the foregoing was filed through the Court's electronic filing system (ECF) and was served upon all attorneys of record for each other party to this action through operation of such system.  It is available for viewing and downloading through the ECF system.


___/s/ Mark W. Batten_____
Mark W. Batten