IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN BELL and KEITH          )
COSTANZA on behalf of          )
themselves and similarly       )
situated employees,            )
        Plaintiffs,    )
                       )
        v.                 )      Civil Action No. 10-0320
                       )
CITIZENS FINANCIAL GROUP,       )
INC., RBS CITIZENS, N.A.        )
d/b/a CITIZENS BANK,            )
CITIZENS BANK OF                )
PENNSYLVANIA d/b/a              )
CITIZENS BANK,                  )
        Defendants.     )

## VERDICT FORM

Instructions: This is the form you will use to deliver your verdict in this case. Please mark your answer to each question clearly with a "✔" mark. Each juror must sign the verdict form once deliberations are complete.

## PART I. PLAINTIFFS' OVERTIME CLAIM

Have the plaintiffs proved, by a preponderance of the evidence, that they worked in excess of 40 hours per week and were not paid overtime for those hours?

_✔_ Yes                            ___ No

If you answered 'Yes' to this question, please proceed to Part II.

If you answered 'No' to this question, please stop your deliberations and proceed to Part IV.

## PART II. EXEMPTIONS

Has Citizens proved, by a preponderance of the evidence, that the plaintiffs were executive employees, or that the plaintiffs were administrative employees, or that the

1

plaintiffs were both executive and administrative employees?

✓ Yes                                    ____ No

     If you answered 'Yes' to this question, please stop your deliberations and proceed to Part IV.

     If you answered 'No' to this question, please proceed to Part III.

## PART III. WILLFULNESS

     Have the plaintiffs proved, by a preponderance of the evidence, that Citizens willfully ignored its obligation to pay overtime to the plaintiffs?

____ Yes                                  ____ No

     Once you have answered this question, please proceed to Part IV.

## PART IV. SIGNATURE

BY THE JURY:

| Juror | Signature | Printed Name |
|-------|-----------|--------------|
| 1 | | Erin M. Barr |
| 2 | | Maureen L. Cook |
| 3 | | Joseph J. Kaldon, Jr. |
| 4 | | Jennifer K. Kelley |
| 5 | | Matthew P. Matessa |
| 6 | | Vicki L. Michalek |
| 7 | | Lorraine B. Nola |
| 8 | | Corinne B. Trop |

DATE: 4/19/2013

2