IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN BELL and KEITH COSTANZA on behalf of themselves and similarly situated employees,<br>        Plaintiffs,<br><br>v.<br><br>CITIZENS FINANCIAL GROUP, INC., RBS CITIZENS, N.A. d/b/a CITIZENS BANK, CITIZENS BANK OF PENNSYLVANIA d/b/a CITIZENS BANK,<br>        Defendants. | Civil Action No. 10-0320 |

## VERDICT FORM

<u>Instructions</u>: This is the form you will use to deliver your verdict in this case. Please mark your answer to each question clearly with a "✓" mark. Each juror must sign the verdict form once deliberations are complete.

PART I. PLAINTIFFS' OVERTIME CLAIM

    Have the plaintiffs proved, by a preponderance of the evidence, that they worked in excess of 40 hours per week and were not paid overtime for those hours?

        _✓_ Yes                                          ____ No

        If you answered 'Yes' to this question, please proceed to Part II.

        If you answered 'No' to this question, please <u>stop your deliberations</u> and proceed to Part IV.

PART II. EXEMPTIONS

    Has Citizens proved, by a preponderance of the evidence, that the plaintiffs were executive employees, <u>or</u> that the plaintiffs were administrative employees, <u>or</u> that the

1

plaintiffs were both executive and administrative employees?

    ✓ Yes                      ___ No

If you answered 'Yes' to this question, please <u>stop your deliberations</u> and proceed to Part IV.

If you answered 'No' to this question, please proceed to Part III.

## PART III. WILLFULNESS

Have the plaintiffs proved, by a preponderance of the evidence, that Citizens willfully ignored its obligation to pay overtime to the plaintiffs?

    ___ Yes                   ___ No

Once you have answered this question, please proceed to Part IV.

## PART IV. SIGNATURE

BY THE JURY:

| Juror | Signature | Printed Name |
|---|---|---|
| 1 | /s/ Erin Barr | Erin M. Barr |
| 2 | /s/ Maureen L Cook | Maureen L. Cook |
| 3 | /s/ Joseph J. Kaldon, Jr. | Joseph J. Kaldon, Jr. |
| 4 | /s/ Jennifer Kelley | Jennifer K. Kelley |
| 5 | /s/ Matthew P Matessa | Matthew P. Matessa |
| 6 | /s/ Vicki Michalek | Vicki L. Michalek |
| 7 | /s/ Lorraine B. Nola | Lorraine B. Nola |
| 8 | /s/ Corinne B Trop | Corinne B. Trop |

DATE: 4/19/2013

2